ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Pontchartrain Partners, LLC | ) ASBCA Nos. 63004, 63176 |
| | ) |
| Under Contract No. W9126G-18-D-0049 | ) |
| D.O. W9126G-18-F-0418 | |

APPEARANCE FOR THE APPELLANT:     James R. Washington, III, Esq.
    Pontchartrain Partners LLC
    New Orleans, LA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Blake M. Hedgecock, Esq.
    Jennifer M. Dorsey, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  October 10, 2023

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63004, 63176, Appeals of Pontchartrain Partners, LLC, rendered in conformance with the Board's Charter.

Dated:  October 11, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals